

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2017

No. 04-16-00788-CV

Danny **ALEXANDER** & Sarah Alexander,
Appellants

v.

**AMERICAN HOME MORTGAGE SERVG.**, Inc. as Servicer for Deutsche Bank National
Trust Company, Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed
Certificates Series 2006-OPT5,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-12-0000281
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

The unopposed motion of resident attorney, Kari Robinson, filed in support of Joshua Tropper's motion pro hac vice seeking permission to participate in these proceedings on behalf of appellees is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court